UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUDOLFO ONTVERIO,

        Plaintiff,

  v.

COUNTY OF MONTEREY et al,

        Defendant.

Case Number: CV07-02570 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rudolfo Ontverio F-50297
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: September 19, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk