IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLFO ONTVERIO,<br>　　　　Plaintiff(s),<br>　vs.<br>COUNTY OF MONTEREY, et al.,<br>　　　　Defendant(s). | No. C 07-2570 CRB (PR)<br><br>ORDER OF DISMISSAL |

　　　　Per order filed on April 8, 2008, the court gave plaintiff 60 days to identify Monterey County Deputy Sheriff John Doe (the sole viable defendant in this prisoner action) through discovery and file an amendment naming him. The court advised plaintiff that failure to file a proper amendment identifying and naming deputy sheriff John Doe within the designated time would result in the dismissal of this action.

　　　　More than 70 days have elapsed and plaintiff has neither filed an amendment identifying and naming deputy sheriff John Doe nor requested an extension of time to do so. The action is DISMISSED.

　　　　The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: June 23, 2008

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.07\Ontverio2.dismissal.wpd