IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUDOLFO ONTVERIO,

      Plaintiff,

v.

COUNTY OF MONTEREY, ET AL.,

      Defendants.

No. CV 07-02570 CRB ,

**JUDGMENT IN A CIVIL CASE**

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: June 23, 2008

Richard W. Wieking, Clerk

By: _____
Deputy Clerk