UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLFO ONTVERIO,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF MONTEREY et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-02570 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rudolfo Ontverio F-50297
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: June 23, 2008

                                                            Richard W. Wieking, Clerk
                                                            By: Barbara Espinoza, Deputy Clerk